IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CASE NO. 4:18CR263 |
| | * | |
| JEVON WILLIAMS, | * | |
| Defendant | * | |

## ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

The Court, having considered the Motion for Leave of Absence for in the above-referenced case, for the stated period of March 14, 2019, through March 27, 2019, for the purpose of personal vacation, does hereby **GRANT** said Motion for Leave of Absence.

SO ORDERED, this 22nd day of February 2019.

_____
CHRISTOPHER L. RAY
U. S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Prepared by:
Samuel G. Oliver
Attorney for Defendant
Georgia Bar No. 552590
200 Walton Street
Post Office Box 495
Darien, GA 31305
(912) 437-4000
(912) 437-2171 Fax

1